# JONATHAN KANNAIR

617 451 3325
JONATHAN@ KANNAIR.COM
717 ATLANTIC AVENUE  SUITE 6B  BOSTON, MA 02111-2814

**INVOICE**

Matt Helgeson
Game Informer Magazine
724 North First Street  FL 4
Minneapolis, MN  55401

(612) 486-6061

DATE: 03/18/09

INVOICE NUMBER: 1583    PO NUMBER:

JOB NUMBER: 209002

ESTIMATE NUMBER:

RE: Ralph Baer

Job description and reproduction rights granted: Original digital photography created by Jonathan Kannair on location at Ralph Baer's residence, Manchester, NH on March 9, 2009 for Game Informer Magazine. Includes: pre-production; travel; half day location shoot and multiple images of Ralph Baer in one scene for interior use only in a full page feature in one issue of Gamer Informer Magazine with one time North American English language print use only. All other rights reserved.

| CREATIVE FEES | |
|---|---:|
| Creative Fee & Licensing Fee for Rights Granted | 475.00 |
| | 475.00 |
| **PRODUCTION CHARGES** | |
| Assistant | 150.00 |
| Digital Capture, w/ web galleries, FTP, & archive | 250.00 |
| Digital Files, 1 high res 32mb 13.5x9@300PPI 8 BIT RGB TIF files (includes minor retouching) | 125.00 |
| Mileage | 84.75 |
| Deliveries, FTP NC | 0.00 |
| | 609.75 |

Balance Due      $ 1,084.75


received
4.28.09

PIC DATE 4.1.2009 - WRONG POINTS


EXHIBIT B

**Make checks payable to Jonathan Kannair, Inc. Thank you.**

All reproduction rights not expressly granted herein in writing remain the exclusive property of Jonathan Kannair, Inc. All additional uses require additional licensing fees which must be negotiated in advance. Expenses in Estimates and Confirmations are based on experience and information supplied. Final expenses as invoiced may vary. Invoices must be paid prior to any use or reproduction of the photographs or within thirty (30) days of invoice date, whichever is earlier. A finance charge of 1.5% per month will be charged on overdue balar

_____ Jonathan Kannair

**THIS INVOICE/LICENSE OF RIGHTS IS SUBJECT TO ALL TERMS AND CONDITIONS ON BOTH THE FRONT AND THE BACK OF THIS DOCUMENT**

ADDITIONAL TERMS AND CONDITIONS

1. Responsibility: Client and its agents, servants, employees and principals (the "Client") are jointly and severally responsible for the full performance of this agreement and the payment of all licensing fees and expenses.

2. Postponement and Cancellation: If the assignment is postponed or cancelled, Client is responsible for all expenses. If the assignment is postponed or cancelled with less than 24 hours notice, Client will also pay 75% of all quoted fees of Jonathan Kannair, Inc. ("Photographer"). If the assignment is postponed or cancelled between 24 to 48 hours of the assignment, Client is responsible for 50% of all quoted fees, and if postponed or cancelled with more than 48 hours notice, 25% of all quoted fees. Unless otherwise arranged, Client will be charged 100% of the fee if postponement is made due to weather conditions while on location, and 50% of the fee if postponement occurs before departure to location.

3. Client Representative: Client is responsible for having an authorized representative at the job site to approve Photographer's interpretation of the assignment. Otherwise, Photographer's interpretation shall be deemed acceptable.

4. Reshoot: Photographer will charge full fee and expenses for any reshoot requested by the Client. For any reshoot necessitated through the fault of a third party, the Client will be charged only for expenses.

5. Indemnity: Client shall indemnify and hold Photographer and its agents, servants or employees, harmless from any and all claims and damages including attorney's fees and court costs arising from (a) Client's use of all photographs, including uses for which no model or property releases were requested in writing or for uses which exceed the authority granted by such releases or by this agreement and (b) Photographer's reliance on any instructions or assurances made by Client.

6. Grant of License: All rights and licenses to use the photographs are conditioned upon receipt of all licensing fees and expenses in advance of use. Unless otherwise stated on the front hereof, the photographs can be used for one year from the invoice date and such use is limited to the United States of America. All rights granted under this document for publication in a collective work exclude all usage rights for any revision of that collective work or in any later collective work in the same series, unless such rights are directly granted elsewhere in this document by language referring specifically to this provision. Among those usage rights excluded by this provision are rights of publication, display and transmission in any media, including traditional print, electronic and digital media, as well as in media not yet known. All rights not expressly granted remain the exclusive property of Photographer and no rights may be assigned without permission.

7. Copyright: Protection/Credit Line: Client will provide copyright protection by placing proper copyright notice on any use. Proper notice may be either "Copyright [or "©"] Year of first publication, Client Name", or "Copyright [or "©"] 2009 Jonathan Kannair" with such notice to be placed adjacent to or within the photograph(s). For editorial uses, a credit line must be published and credit must be given as follows: "© 2009 Jonathan Kannair (kannair.com)" or "Jonathan Kannair (kannair.com)" in type no smaller than that of published text related to the photograph. For editorial uses, copyright credit must be given and must appear adjacent to or within the photograph(s) or client agrees to pay two times the licensing fee. Client acknowledges that such a double fee is fair and reasonable for photographer's loss of recognition and lack of copyright protection resulting from omission of proper copyright notice and credit line.

7A. Infringement of Copyright. In addition to any other remedies that may be available to Photographer under the Copyright Act of the United States, if Client infringes any of the rights granted herein, Client agrees to pay three times the licensing fee charged as actual damages, provided said payment is made within thirty days of request by Photographer and ten times the licensing fee if payment of said actual damages is not made within thirty days of request. In addition, Photographer reserves the right to recover any profits that Client earns from the unauthorized uses of the photographs, or in lieu thereof, to recover Statutory Damages under the Copyright Act.

8. Electronic Reproduction: Photographs may be scanned and digitized for pre-press purposes only. Any alteration, manipulation or other derivation from the original photographs must be specifically authorized in writing by Photographer. None of the photographs, whether in tangible or digitized form, may be archived by any party for a period of more than sixty (60) days after publication or after termination of the licensing period, whichever event occurs first. No photographs may be placed in any electronic catalog or electronic delivery service including Internet carriers without the express written permission of Photographer.

9. Miscellaneous: Photographer is an independent contractor and none of the photographs submitted hereunder constitute works made for hire. Client may not assign or transfer this agreement or any rights granted hereunder. Any modifications of these terms must be in writing and must be signed by both parties. Client is solely responsible for the payment of all sales tax including any subsequent assessment made by any sales tax authority. The terms of this Agreement shall be governed by the laws of the Commonwealth of Massachusetts and the Copyright Act of the United States. Jurisdiction over any dispute under this agreement shall be in Boston Massachusetts. Client shall pay all court costs, reasonable attorney's fees and expenses incurred by Photographer in enforcing any rights hereunder.